IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBBIN HARRIS**                                                             **PLAINTIFF**

**v.**                                                     **CAUSE NO. 1:10CV508-LG-RHW**

**UNITED TRUCK GROUP, LLC**
**and TRUCK CAPITAL, LLC**                                         **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on to be heard on the Defendants' motion for summary judgment, the Court, after a full review and consideration of the motions, pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, United Truck Group, LLC and Truck Capital, LLC, pursuant to Fed. R. Civ. P. 56. Plaintiff's claims against United Truck Group, LLC and Truck Capital, LLC are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2012.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     CHIEF U.S. DISTRICT JUDGE